| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2016 to 01/10/2017
**Chapter 13 Case No. 15-30618 / MBK**

Edward William Brannon
159 Route 526
Allentown   NJ    08501

Petition Filed Date: 10/30/2015
341 Hearing Date: 12/03/2015
Confirmation Date: 01/12/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2016 | $900.00 | 6771802984 | 01/20/2016 | $300.00 | 6771802985 | 02/22/2016 | $697.00 | 22557767670 |
| 03/16/2016 | $697.00 | 22557770335 | 04/19/2016 | $697.00 | 22557774003 | 05/17/2016 | $697.00 | 22557769132 |
| 06/15/2016 | $697.00 | 23672050132 | 07/19/2016 | $697.00 | 23672050751 | 08/16/2016 | $697.00 | 22557773845 |
| 09/20/2016 | $697.00 | 23672053528 | 10/18/2016 | $697.00 | 23672055183 | 11/15/2016 | $697.00 | 23672055767 |
| 12/22/2016 | $697.00 | 23672057398 | | | | | | |

**Total Receipts for the Period:  $8,867.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,067.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Edward William Brannon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PATRICK MOSCATELLO, ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $5,858.09 | $0.00 | $0.00 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»»  P\159 ROUTE 526 | Mortgage Arrears | $27,667.28 | $6,842.56 | $20,824.72 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/10/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,067.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $8,842.56 | Current Monthly Payment: | $697.00 |
| Paid to Trustee: | $569.26 | Arrearages: | $194.00 |
| Funds on Hand: | $655.18 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.