# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re: Edward William Brannon                                              Case No. 15-30618-MBK

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY</u>     Court Claim # (if known) 2
Name of Secured Creditor

Old Address of Secured Creditor:
3900 Capital City Blvd. Lansing, MI 48906

New Name and/or Address where NOTICES to Secured Creditor should be sent:

Champion Mortgage Company
8950 Cypress Waters Blvd.
Coppell, TX  75019

Phone: <u>855-683-3095</u>

Name and/or Address where PAYMENTS to Secured Creditor should be sent (if different from above):

Champion Mortgage Company
PO BOX 619093
Dallas, TX  75261

Phone: <u>855-683-3095</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Laura Egerman</u>                                         Date: September 19, 2017
Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





16-012922 - DaG

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PATRICK MOSCATELLO
LAW OFFICE OF PATRICK MOSCATELLO
90 WASHINGTON STREET
LONG BRANCH, NJ 07740

EDWARD WILLIAM BRANNON
159 ROUTE 526
ALLENTOWN, NJ 08501

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com

16-012922 - DaG