Office Mailing Address:
Albert Russo, Trustee
CN 4853
Trenton, NJ  08650

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/20/2018
### Chapter 13 Case No. 15-30618 / MBK

Edward William Brannon
159 Route 526
Allentown  NJ    08501

Petition Filed Date: 10/30/2015
341 Hearing Date: 12/03/2015
Confirmation Date: 01/12/2016

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/18/2017 | $697.00 | 23672059075 | 02/14/2017 | $697.00 | 23672059762 | 03/15/2017 | $697.00 | 23672062001 |
| 04/18/2017 | $697.00 | 23672063283 | 05/16/2017 | $697.00 | 23672063790 | 06/28/2017 | $697.00 | 23672066703 |
| 07/18/2017 | $697.00 | 23672068424 | 08/16/2017 | $697.00 | 23672062124 | 09/20/2017 | $697.00 | 23672065331 |
| 10/17/2017 | $697.00 | 23833376098 | 11/14/2017 | $697.00 | 23672065667 | 12/19/2017 | $697.00 | 23672072428 |
| 01/17/2018 | $697.00 | 23672074307 | | | | | | |

**Total Receipts for the Period:  $9,061.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $19,128.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Edward William Brannon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PATRICK MOSCATELLO, ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $5,858.09 | $0.00 | $0.00 |
| 2 | Nationstar Mortgage, LLC<br>»» P\159 ROUTE 526 | Mortgage Arrears | $27,667.28 | $15,349.46 | $12,317.82 |

**Chapter 13 Case No. 15-30618 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/20/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,128.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $17,349.46 | Current Monthly Payment: | $697.00 |
| Paid to Trustee: | $1,126.84 | Arrearages: | $194.00 |
| Funds on Hand: | $651.70 | | |

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

• **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**