| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 15-30618 / MBK**

Edward William Brannon
159 Route 526
Allentown  NJ    08501

Petition Filed Date: 10/30/2015
341 Hearing Date: 12/03/2015
Confirmation Date: 01/12/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2018 | $697.00 | 23672074307 | 02/21/2018 | $697.00 | 24939725253 | 03/20/2018 | $697.00 | 24939725826 |
| 04/17/2018 | $697.00 | 24939726794 | 05/16/2018 | $697.00 | 24939729505 | 07/17/2018 | $697.00 | 23672071642 |
| 07/17/2018 | $697.00 | 23672071664 | 09/19/2018 | $697.00 | 108185567930 | 10/16/2018 | $697.00 | 24939730157 |
| 11/21/2018 | $697.00 | 24939732802 | | | | | | |

**Total Receipts for the Period: $6,970.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,098.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Edward William Brannon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PATRICK MOSCATELLO, ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $5,858.09 | $0.00 | $0.00 |
| 2 | Nationstar Mortgage, LLC<br>»»  P\159 ROUTE 526 | Mortgage Arrears | $27,667.28 | $21,859.48 | $5,807.80 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,098.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $23,859.48 | Current Monthly Payment: | $697.00 |
| Paid to Trustee: | $1,590.31 | Arrearages: | $891.00 |
| Funds on Hand: | $648.21 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**