Patrick Moscatello, Esq. PM3747
90 Washington Street
Long Branch, NJ 07740
(732) 870-1370
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:    EDWARD WILLIAM BRANNON | CASE NO.: 15-30618/MBK |
| Debtor(s). | CHAPTER 13 |
| Address:  159 Route 526<br>Allentown, NJ 08501 | HEARING DATE: |
| | JUDGE: Michael B. Kaplan |
| Last four digits of Social Security No.:<br>2314 | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Edward William Brannon, debtor in this case certify as follows:

1. All payments required to be made by me to the Standing Trustee under my plan have been made and are paid in full.

2. ☒   I am not required to pay domestic support obligations, or

   ☐   I am required to pay domestic support obligations, and have paid all amounts payable under Court order or statute that were due on or before the date of this certification, or

I certify that the foregoing statements made by me are true.

Dated 10/15/2019

_Edward William Brannon_
Edward William Brannon, Debtor