Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*TRISKAR TRUST*

In Re:

EDWARD WILLIAM BRANNON

Case No.: 15-30618/MBK

Chapter 13

Hearing Date: October 15, 2019

Judge: Michael B. Kaplan

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY *NUNC PRO TUNC*

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: October 24, 2019

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the motion of Triskar Trust ("Creditor") requesting the entry of an Order for relief from the automatic stay *nunc pro tunc* to validate the sale of its Tax Lien, and proceed with a foreclosure proceeding against Edward William Brannon (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Patrick Moscatello, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 159 Route 526, Upper Freehold, New Jersey, Block 24, Lot 34.01 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay *nunc pro tunc* to validate the sale of the Tax Lien and foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor and Creditor now seek to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1.     The automatic stay is vacated *nunc pro tunc* for the sole purpose of validating the sale of the tax lien on June 15, 2017. In all other respects, the automatic stay shall stay in place as to the Property, until the conclusion of the instant bankruptcy.