UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*TRISKAR TRUST*

Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EDWARD WILLIAM BRANNON

Case No.: 15-30618/MBK

Chapter 13

Hearing Date: October 15, 2019

Judge: Michael B. Kaplan

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY *NUNC PRO TUNC*

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 24, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the motion of Triskar Trust ("Creditor") requesting the entry of an Order for relief from the automatic stay *nunc pro tunc* to validate the sale of its Tax Lien, and proceed with a foreclosure proceeding against Edward William Brannon (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Patrick Moscatello, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 159 Route 526, Upper Freehold, New Jersey, Block 24, Lot 34.01 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay *nunc pro tunc* to validate the sale of the Tax Lien and foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor and Creditor now seek to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. The automatic stay is vacated *nunc pro tunc* for the sole purpose of validating the sale of the tax lien on June 15, 2017. In all other respects, the automatic stay shall stay in place as to the Property, until the conclusion of the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

In re:  
Edward William Brannon  
    Debtor

Case No. 15-30618-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.  
db           +Edward William Brannon,    159 Route 526,    Allentown, NJ 08501-2016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:  
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor     Champion Mortgage Company  
          bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
         Laura M. Egerman     on behalf of Creditor     Champion Mortgage Company bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;legerman@rasnj.com  
         Linda S. Fossi     on behalf of Creditor     Triskar Trust lfossi@zeitzlawfirm.com,  
          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Patrick    Moscatello    on behalf of Debtor Edward William Brannon moscatellolaw1@gmail.com,  
          moscatellolaw2@gmail.com;moscatellolaw2@comcast.net  
                                                                                                                                    TOTAL: 6